IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID F. TYSER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 4:09-cv-3078 |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner of** | ) | **ORDER** |
| **the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Commissioner requests a further extension of time in which to file a brief in response to the plaintiff's brief. The court finds that an extension of time to December 4, 2009 should be granted.

**IT IS ORDERED** that the Commissioner's motion (Doc. 17) is granted, in part. The Order Setting Briefing Schedule (Doc. 13) is further amended to provide that the defendant's response to plaintiff's brief (Doc. 14) is due December 4, 2009.

**DATED November 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**